Hazel Tower            :    U. S. District Court
   vs
Starlet Wilder, et al       3:03 cv 588 (PCD)
                       :    October 15, 2003

FILED
OCT 20  3 31 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

Motion: for back pay

Between July and October, 2003; the Plaintiff has been trying to settle this civil matter with Ms. Wilder, the Defendant. I am afraid that I won't get any respond from Ms. Wilder. I've not heard from her Attorney, either. I will settle for $10,000 every year for a total of 3 years. I never received what the trail Attorney Referee had called ADMINISTRATED REMEDIES!!! I had been away from the school system for 6 years, now I am also seeking additional sue for Jettie Tisdale, and she was the reason why I was immediately dismissed six years ago.

Did the court hear from Ms. Wilder or her attorney? Ms. Tisdale never showed up at the previous trail, either.

PLAINTIFF,

*[signature: Hazel Tower]*

Ms. Tower
115 Park Ave.
Bpt. Ct. 06604

Oct 15/2003
3:03 cv 588 (PCD)

I do sworn that every thing and motion is true and I certify that the Defendants were given copies.

Azel Donn
115 Park Ave
Bpt, Ct 06604