UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Oct 22 3 06 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

HAZEL TOWER :
:
VS. : CIVIL NO. 3:03 CV 588 (PCD)
:
STARLET WILDER AND TETTIE TISDALE :

NOTICE

One Hundred Twenty (120) days having elapsed from the filing of the Complaint and the issuance of the Summons, without return of service, Plaintiff shall within fifteen (15) days of this Order report to the court on the status of this service of process. In the absence of satisfactory compliance with this Order, see Rule 4(j), Fed. R. Civ. P., the court shall, thirty (30) days from this date, enter a dismissal pursuant to Rule 41(b), Fed. R. Civ. P.

It is so ordered.

Dated at New Haven, Connecticut this 22nd day of October, 2003.

KEVIN F. ROWE, CLERK

By Patricia A. Villano
Patricia A. Villano
Deputy Clerk