H. Tower                          .     Civil No. 3:03 cv 588 (PCD)

vs
                                  :     October 27, 2003     Oct 30  4 31 PM '03
Starlet Wilder
and Jettie Tisdale                                           U.S. DISTRICT COURT
                                                             NEW HAVEN, CONN.


           Status of Service is as followings:

1. The Plaintiff filled out form 285 for both Defendants
   and the other forms in the clerk's Bridgeport Office.

2. Tiffany or Marcia send to the U.S. Marshall's box,
   July 10th 2003.

3. From July 10th to now, the Defendants had not been
   served. The Plaintiff called in late July and was told
   that the clerk Tiffany had sent the forms.

The Plaintiff would like to add that Jettie Tisdale
will not answer or show up in the court. She never,
ever showed up for the previous trials for the last
three years.


                                       Plaintiff,

                                       *signature*
                                       Hazel Tower
                                       115 Park Ave #6
                                       Bpt, CT 06604