ext

H. Tower                :    Civil No. 3:03 cv 588 (PCD)

vs

Starlet Wilder
and Jettie Tisdale     :    Coctober 27, 2003

Motion:   Extented of Time to Serve Defendants

According to Andrea Woodfield, the Defendants have to be serve once again with in a month. So, they say to request a Extention of Time from Judge Dorsey. Some one goof up.

As the Plaintiff stated, Ms. Tisdale is not going to any court trials. Ms. Wilder has also not answered the Plaintiff to settle this matter with supplemental beginning in Sept. 2003 to give to the court.
They had always treated the Plaintiff like dirt in the School, for six years and they are not going to respond with this case.

Plaintiff,

Ms. Tower
115 Park Ave #6
Bpt, Ct. 06604

GRANTED in part, Plaintiff is granted an extension of time until November 21, 2003, to effect return of service on defendants. SO ORDERED

Peter C. Dorsey, U.S. District Judge

11/5/03