Case 3:03-cv-00588-PCD   Document 14   Filed 11/19/2003   Page 1 of 1

mot pay

Hazel Tower : U. S. District Court

vs

Starlet Wilder, et al : 3;03 cv 588 (PCD)

October 15, 2003

FILED
OCT 20   3 31 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

Motion: for back pay

Between July and October, 2003; the Plaintiff has been trying to settle this civil matter with Ms. Wilder, the Defendant. I am afraid that I won't get any respond from Ms. Wilder. I've not heard from her Attorney, either. I will settle for $10,000 every year for a total of 3 years. I never received what the trail Attorney Referee had called ADMINISTRATED REMEDIES!!! I had been away from the school system for 6 years, now I am also seeking additional sue for Jettie Tisdale, and she was the reason why I was immediately dismissed six years ago.

Did the court hear from Ms. Wilder or her attorney?
Ms. Tisdale never showed up at the previous trail, either.

PLAINTIFF,

Ms. Tower
115 Park Ave.
Bpt. Ct. 06604

DENIED as it reaches to the merits of the case and cannot be granted as the assertion of a willingness to settle is not a basis to find in plaintiff's favor. SO ORDERED.

Peter C. Dorsey, U.S. District Judge

FILED
Nov 19 4 44 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

11/19/03