# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

HAZEL TOWER

VS.

STARLET WILDER and
JETTIE TISDALE

APPEARANCE

CASE NUMBER: 3:03CV0588 (PCD)

FILED Nov 26 2:45 '03 U.S. DISTRICT COURT NEW HAVEN, CONN.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:    ALL DEFENDANTS

November 25, 2003
Date

04017
Connecticut Federal Bar Number

(203) 576-7647
Telephone Number

(203) 576-8252
Fax Number

E-mail address

Signature    John R. Mitola

Office Of The City Attorney
Print Clearly or Type Name

999 Broad Street
Address

Bridgeport, Connecticut 06604

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

HAZEL TOWER, 115 Park Avenue, #6, Bridgeport, CT 06604.

John R. Mitola
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24