FILED

Dec 5  3 19 PM '03

UNITED STATES DISTRICT COURT
U.S. DISTRICT COURT
NEW HAVEN, CONN.

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HAZEL TOWER<br>Plaintiffs | : <br> : | CIVIL ACTION NO.:<br>3:03CV0588 (PCD) |
| VS. | : | |
| STARLET WILDER, ET AL<br>Defendants. | : <br> : | DECEMBER 4, 2003 |

### MOTION FOR EXTENSION OF TIME
### TO FILE RESPONSE TO COMPLAINT

The Defendants respectfully move for an extension of time of thirty days to January 5, 2004, to file their response to the complaint in the above referenced matter.

In support thereof, the Defendants represent the following:

1. This is the first extension of time requested by the Defendants.

2. The complaint was just recently served on the Defendants and the undersigned needs additional time to research issues pertaining to service of process and the timeliness of the complaint.

3. The undersigned has no information concerning the pro se Plaintiff's telephone number and therefore is unable to represent to this Court whether or not she consents or objects to this Motion.

WHEREFORE, the Defendants respectfully request that they be granted a thirty (30) day extension of time to January 5, 2004 to file their response to the complaint.

THE DEFENDANTS

BY: /s/
John R. Mitola
Associate City Attorney
Office Of The City Attorney
999 Broad Street
Bridgeport, Connecticut 06604
Telephone No.: (203) 576-7647
CT FED BAR NO.: 04017

H-JRM#16-03-R                       2

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, to Hazel Tower, pro se, 115 Park Avenue, #6, Bridgeport, Connecticut 06604, this 4th day of December, 2003.

_____
John R. Mitola
Commissioner of the Superior Court

H-JRM#16-03-R                                    3