mot

16

FILED

Dec 5  3 19 PM '03

U.S DISTRICT COURT
NEW HAVEN, CONN.

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| HAZEL TOWER | : CIVIL ACTION NO.: |
| Plaintiffs | : 3:03CV0588 (PCD) |
| VS. | : |
| STARLET WILDER, ET AL | : |
| Defendants. | : DECEMBER 4, 2003 |

### MOTION FOR EXTENSION OF TIME
### TO FILE RESPONSE TO COMPLAINT

The Defendants respectfully move for an extension of time of thirty days to January 5, 2004, to file their response to the complaint in the above referenced matter.

In support thereof, the Defendants represent the following:

1. This is the first extension of time requested by the Defendants.

2. The complaint was just recently served on the Defendants and the undersigned needs additional time to research issues pertaining to service of process and the timeliness of the complaint.

[Margin annotations:]

12/08/03. GRANTED. The defendant's motion for extension of time until 1/5/03 to respond to the complaint is hereby granted. SO ORDERED.

Peter C. Dorsey, Senior, U.S.D.J.

FILED Dec 9 2 32 PM '03