# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Ms. Hazel Tower
Name of Plaintiff/Petitioner

v.                                           Case No. 3-03 cv 588 (PCD)

Starlet Wilder & Ms. Tisdale
Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: Hazel Tower

   Your present mailing address: 115 Park Ave
   Bpt, Ct 06604

   Telephone number: (   )

2. Are you presently employed? YES ___ NO ___

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings.
   Stratford Public Schools  1000 Broadway

   Weekly earnings: $100.00

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving.
   Norwalk Police Department  127 West Ave
   Norwalk, Ct

(Rev. 1/2/03)

Date last worked: __Oct, 2003__

Weekly earnings: __$100, wkly__

5. Approximately how much money have you received in the past twelve months in the form of:
   a) salary, wages, commissions, or earned income of any kind? __$1,700__

   b) interest, dividends, rents or investments of any kind? _____

   c) gifts or inheritances of any kind? __None__

6. How much money do you have in any checking or savings account(s)?

   Checking: __None__

   Savings: __None__

   Prison account: __None__

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ___ NO __✓__

   If YES, describe the property and state the approximate value: _____

8. How much money do you owe others? _____

   For each debt, state the name of the creditor and the amount owed:

   | CREDITOR | AMOUNT OWED |
   |---|---|
   | Rent | $1,500 |
   | Students Loan | $1,350 |

2

9. List the persons who depend upon you for support, and state your relationship to them.

_No one_

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ___ NO ✓

    If the answer is YES, please provide the following information for each such person:

    Name: _____

    Relationship: _____

    Employer: _____

    Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. _Well, I have no savings I gotten behind with rent this summer and now begin to pay. I had no job at all this summer._

NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. _I was fired from the Bridgeport Public Schools because I was known as_

(Additional space on next page)

3

Dumb and he would not do anything right for the school principals. I am seeking back pay, in which the Superior Court and Attorney Pantuso didn't want me have many lies on the Plaintiff

### EFFORTS TO OBTAIN AN ATTORNEY

The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES ✓  NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name __Quinnipiac College of Law School__
   Date you contacted this attorney __In October of 2003__
   Method of contact (in person, by telephone, etc.) __telephone__

   Reason why attorney was not employed to handle your case __The college doesn't handle civil matter cases. Employment discrimination__

   b) Attorney's name __Bieder__
   Date you contacted this attorney __12/8/03__
   Method of contact (in person, by telephone, etc.) _____

   Reason why attorney was not employed to handle your case __?__

4

c) Attorney's name _____

Date you contacted this attorney _____

Method of contact (in person, by telephone, etc.) _____

_____

Reason why attorney was not employed to handle your case _____

_____

_____

15. Explain any other efforts you have made to obtain an attorney to handle your case.
I had called and wrote letters. One attorney ask for $175.00 up front, but I didn't have it. He refused to help me.

16. Please provide any other information which supports your application for the court to appoint counsel. I feel that I was discriminated against. I really need some one to help me get my 6 yrs back pay and see the discrimination factors. I couldn't do anything right, only crutized me.

17. Do you need a lawyer who speaks a language other than English?
YES ____ NO ✓

If you answered YES, what language do you speak? _____

5

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself or elsewhere, that I can afford a lawyer, the lawyer may give this information to the court. See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

December 17, 2003
Date

_[signature]_
Original Signature of Movant

Hazel Tower
115 Park Ave
Bridgeport CT 06604
Printed Name and Address of Movant

(Rev. 1/2/03)

6

If this motion is being filed AFTER the case is opened, the movant is required to serve all opposing parties or their attorneys and a certificate of service is required, showing all parties served and their addresses in accordance with LR5(b). Failure to supply the certificate of service will result in the motion being returned to the movant, unprocessed.

I hereby certify that a copy of the foregoing motion was mailed to:
(List all defendants or counsel for defendants with address and date mailed.)

_John R. Mitola            999 Broad Street  Bpt Ct 06601_

_____
Original Signature of Movant

(Rev. 1/2/03)

7