

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HAZEL TOWER | : | CIVIL ACTION NO.: |
|    Plaintiff | : | 3:03CV0588 (PCD) |
| VS. | : | |
| STARLET WILDER, ET AL | : | |
|    Defendants. | : | JANUARY 5, 2004 |

## ANSWER AND SPECIAL DEFENSES

1. The Defendants are without sufficient information or knowledge with which to form a belief and, therefore, leave the Plaintiff to her burden of proof.

2. Upon information and belief, Admitted.

3. Upon review of the complaint it is Admitted that Plaintiff has brought this action pursuant to Title VII of the Civil Rights Act as alleged. However, it is Denied that this claim is properly brought.

4. Denied.

5. Denied.

6. Denied.

7. Denied.

8. It is Admitted that the Plaintiff claims that the alleged discrimination occurred from 1994 to 1997. It is Denied that any discrimination took place during that time period.

9. Denied.

10. The Defendants cannot respond to No. 10 because Plaintiff has not made any allegation in said paragraph.

11. Upon information and belief it is Admitted that CHRO determined that there was no probable cause that discrimination occurred and the remaining allegations are Denied.

12. Denied.

13. Denied.

## SPECIAL DEFENSES

**FIRST SPECIAL DEFENSE:** Plaintiff's complaint fails to state a claim upon which relief can be granted.

**SECOND SPECIAL DEFENSE:** Plaintiff has failed to exhaust her administrative remedies.

**THIRD SPECIAL DEFENSE:** Plaintiff's claims are barred by the applicable statutes of limitation.

**FOURTH SPECIAL DEFENSE:** Plaintiff has failed to mitigate her damages.

THE DEFENDANTS

BY: _____
John R. Mitola
Associate City Attorney
Office Of The City Attorney
999 Broad Street
Bridgeport, Connecticut 06604
Telephone No.: (203) 576-7647
CT FED BAR NO.: 04017

H-JRM#1-04-R                     3

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, to Hazel Tower, Pro Se, 115 Park Avenue, #6, Bridgeport, Connecticut 06604, this 5th day of January, 2004.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　John R. Mitola
　　　　　　　　　　　　　　　　　Commissioner of the Superior Court

H-JRM#1-04-R　　　　　　　　　　　4