UNITED STATES DISTRICT COURT

FILED
Jan 12  11 21 AM '04

DISTRICT OF CONNECTICUT

Ms. Tower                    :        3:03 cv 0588 (PCD)

   vs.
                             :        January 8, 2004
Starlet Wilder, ET AL
Defendants

To Judge Dorsey, counsel, and Defendants, the Plaintiff objects to the many denies on the answers to her complaint. At the May 14th trail, the attorney that presented for the Defendants even said, "that there were discrimination but, it was not solely based on race. He asked Ms. Wilder " if she had fired any other subtitute teachers since she became Personnel Director" she replied, "No".

   No. 3 of the Defendants' answered, the Defendants denied that claim was peoperly brought

I have ever reasonable doubt that I was discriminated against I had mentioned some above. Also, there were many lies on the Plaintiff to help get me fired. William Quantana lied at the trail and said, " the the Plaintiff hit a child with a ruler because he had never ever witness that incident.

                                                               *plaintiff*
                                                                *Jozel Tower*

FOR SECOND SPECIAL DEFENSE __Discrimination Factors__

The Plaintiff can get administrative remedies for not being re-hired. The Plaintiff (me) went back to the Board of Education in 1998 and I was not re-hired because Ms. Wilder had left message to not re-hired her.

FOR THIRD SPECIAL DEFENSE_____

Judge Dorsey, I had filed a motion to appeal the Attorney Referee Pantuso because I had listed more' than _one_ discrimintion factors.

But Judge, everytime that I filed, the Superior court Judge would denied my appeal. I kept filing and he kept denying the appeal. So, that is the reason why my claim was barred by Statues of limitation.

The Judge was in for the Attorney Referee decision because Attorney Refern Pantuso did not want me to collect on Claims. Every thing was weird and I have reasonable doubt that everyone were working together. It was too weird because I filed for an appeal on time.

FOR 4th SPECIAL DEFENSE ___

For less severe damage, the Plaintiff would settled this claim for $ 8,000 for every year for a total of 4 years. Because the Plaintiff was not re-hired in 1998, Everybody was bais against me, I mention this to Mitola Dec 1st 2003.

Plantiff,
Hazel Zuwa

He later asked for Extend time for answer to compl.

The Plaintiff would like to give Judge Dorsey additional information about Catherine Hornak.

certifcation

This is to certify that I give John R. Mitola a copy for his clients, too.

Plaintiff,

*[signature]*

Hazel Tower

Jan 8, 2004

H. Tower                          :        UNITED STATES DISTICT COURT

  vs                              :        3:03 cv 588 (PCD)

Starlet Wilder
Jettie Tisdale                    :        June 17, 2003

                Motion to give court additional information


   The Plaintiff wanted to know she/he the Defendants responded to her complaints. Also, in the Connecticut Post Paper: Friday, June 13, 2003. a substitute teacher got fired because she used students for sex. The Plaintiff wanted to know why Starlet Wilder did not fired her when she was the Personnel Director with the Bridgeport School System? The sub. teacher, Catherine Hornak was working in the Bridgeport School since 1991.

   The Plaintiff had been called "Southern Dixie" by the Park Magnet School's principal. Ms. Walsh said, "that the Plaintiff left her school early, I don't want her back".

   But, Why have that sub. teacher had not gotten fired long time, ago. Callahan, Former Payroll Director said, "There is something about the Plaintiff? All of these things are discrimination on the Plaintiff.

                                              PLAINTIFF,

                                              [signature]

*I had mentioned for 1st Speech Defense in my complaint*

*The Plaintiff need gum treatments for gum diseases*

__✓__ Other (specify the nature of any additional relief sought, not otherwise provided for on this form): *I had 3 rent evictions and I lose furniture on my 1st eviction - since 10/30/97, and school loan with interests need to be p.*

AND costs and attorneys' fees.

### JURY DEMAND

I hereby DO _____ DO NOT _____ demand a trial by jury.    ?

_____
Original Signature of Plaintiff(s)

*Hazel Toms*
Name (print or type)

*115 Park Ave #6*
*Bridgeport CT 06604*
Address

( )
Telephone Number

Dated:

Dated: 3/18/03

*Defendant's Supplement*

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **HAZEL TOWER** | : | **CIVIL ACTION NO.:** |
| Plaintiff | : | **3:03CV0588 (PCD)** |
| VS. | : | |
| **STARLET WILDER, ET AL** | : | |
| Defendants. | : | **JANUARY 5, 2004** |

## ANSWER AND SPECIAL DEFENSES

1. The Defendants are without sufficient information or knowledge with which to form a belief and, therefore, leave the Plaintiff to her burden of proof.

2. Upon information and belief, Admitted.

3. Upon review of the complaint it is Admitted that Plaintiff has brought this action pursuant to Title VII of the Civil Rights Act as alleged. However, it is Denied that this claim is properly brought.

4. Denied.

5. Denied.

6. Denied.

Case 3:03-cv-00588-PCD   Document 21   Filed 01/12/2004   Page 7 of 8



7. Denied.

8. It is Admitted that the Plaintiff claims that the alleged discrimination occurred from 1994 to 1997. It is Denied that any discrimination took place during that time period.

9. Denied.

10. The Defendants cannot respond to No. 10 because Plaintiff has not made any allegation in said paragraph.

11. Upon information and belief it is Admitted that CHRO determined that there was no probable cause that discrimination occurred and the remaining allegations are Denied.

12. Denied.

13. Denied.

H-JRM#1-04-R                           2

## SPECIAL DEFENSES

**FIRST SPECIAL DEFENSE:** Plaintiff's complaint fails to state a claim upon which relief can be granted.

**SECOND SPECIAL DEFENSE:** Plaintiff has failed to exhaust her administrative remedies.

**THIRD SPECIAL DEFENSE:** Plaintiff's claims are barred by the applicable statutes of limitation.

**FOURTH SPECIAL DEFENSE:** Plaintiff has failed to mitigate her damages.

THE DEFENDANTS

BY: _____
John R. Mitola
Associate City Attorney
Office Of The City Attorney
999 Broad Street
Bridgeport, Connecticut 06604
Telephone No.: (203) 576-7647
CT FED BAR NO.: 04017