UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

H. Tower                    :        3:03 CV 0588(PCD)

vs
Starlet Wilder              :        Jan. 14, 2004
Attorney Pantuso

*Discrimination from Court Judges and Anthony Pantuso*

The Plaintiff is now finding her self fighting with the members of Superior Court.

    1. The Plaintiff was denied claims because he (Attorney Pantuso) said, "that only one discrimination factors were consider". He said, "I could not collect on my claims".

    2. Now my claims were barred by Statures of Limitation! Oh, Judge, please at first, I couldn't recover on claim. I need my claims because I lose things and the companies want their money.

Plaintiff,

*[signature]*
Jan 14, 2003
115 Park Ave #1
Bpt, Ct 06604

Case 3:03-cv-00588-PCD    Document 23    Filed 01/16/2004    Page 2 of 6

Case 3:03-cv-00588-PCD   Document 23   Filed 01/16/2004   Page 3 of 6

No other factor was considered. Therefore, the plaintiff cannot recover on her claim of illegal discrimination.

## V. RECOMMENDATION

Judgment should enter for the defendants.

Dated at Bridgeport, Connecticut this Nineteenth day of August, 2002.

By /s/
Anthony J. Pantuso, III
Attorney Trial Referee

6

Discrimination Factors

1. Why should Ms. Wilder keep her job and when the Plaintiff has none? Ms. Wilder is not perfect, either.

2. Ms. Wilder had not yet fired anybody elses.

3. Plaintiff did go back to the Bridgeport Bd of Education Ms. told them to not re-hired her.

4. Ms. Wilder accused the Plaintiff of having poor communication, but the Plaintiff did not or had to hold a certication just to sub for the school system.

5. The Trail Referee Attorney denied the Plaintiff her claim because just one discrimination factor that he considered.

The court Judge would not ok me to appeal and my Time ran out. Very bias against me.

Plaintiff,
Hazel Turner
115 Park Ave
B/pt, Ct 06604

6. Also many of people would not care to sub in Bridgeport Those kids were miserable.

Discrimination Factors was given to Mr. Mitola in ~~January~~ of 2004.

certifcation

This to certify that I gave John R. Mitola a copy for Defendants, too.

Plaintiff,

*/s/ Hazel Tower*

Hazel Tower

Jan 18, 2004

115 Park Ave #6
Bpt, CT 06604