H. Tower

vs

Starlet Wilder
and Jettie Tisdale       :       March 1, 2004

United State Court

3:03cv588
(PCD)

FILED
MAR 9  3 42 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

Motion:  to sue just only Ms. Wilder and Ms. Tisdale
and not the city of Bridgeport

**Amended**

At the conference on 2/27/04, Mr. Mitola said, "that he would dismissed my case because he was not going to allow me to get remedies." So, now the Plaintiff will sue only Ms. Wilder and Mrs. Tisdale for an annually of $ 8,000 for 3 years or 4.

Please Judge, to let Plaintiff's lawyer know about this motion. The Plaintiff can get pay back for not getting re-hired. in 1999. Ms. Wilder had left messages to not to re-hired me, personally. That was crude and discrimination on me.

Please let the new attorney know that the Plaintiff will sue Ms. Wilder and Ms. Tisdale for discrimination individually and not the city, if the City of Bridgeport won't pay. The Plaintiff has gum disease and may causes blood poisoning.

Plaintiff,
Hazel Tower

H. Tower

vs

Ms. Wilder and
Ms. Tisdale

Amended Motion continue

1. Ms. Wilder was the person that fired the Plaintiff (and not the City of Bridgeport).

2. Ms. Tisdale was the person that wrote discriminating things about the the Plaintiff and not the city of Bridgeport

Please let the Attorney knows what will be the next kind of sue. The Plaintiff would need his help.

The Plaintiff had put in 6 years with the School and the city would not allow her a dime.

Plaintiff,

*Hazel Tower*

Hazel Tower
115 Park Ave. 6
Bridgeport, Ct. 06604

This is certified that the Attorney John Mitola has a copy.

Mr. John Mitola has a copy.
999 Board St.
Bpt. Ct 06601

Amended continue

It is not right for Starlet Wilder be able to keep her job to pay her bills. Jettie Tisdale was able to re-tired from hers. Either Starlet or Jettie was not perfect workers. They jobs were to help the subs with problems. They both had failed to do that. They should pay for their discrimination actions.

The Plaintiff is asking for her demand from Ms. Wilder and from Ms. Tisdale effective in March, 2004. The companies and schools are seeking their money from the Plaintiff, now.

PLAINTIFF,

*[signature]*

March 4, 2004

Amended

Judge Dorsey, if this matter can be settled with the two Defendants, can the new Attorney for the Plaintiff be dropped? Effective March 20, 2004.

A copy was given to the Defendants' Attorney John Mitola on March 7, 2004