UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2004 MAR 10 P 2: 10

U.S. DISTRICT C...
NEW HAVEN, CO...

HAZEL TOWER,
    Plaintiff,

-vs- : Civil No. 3:03cv588 (PCD)

STARLET WILDER and
    TETTIE TISDALE,
    Defendants.

### RULING ON PLAINTIFF'S MOTION

Plaintiff moves to sue only Defendants Wilder and Tisdale and not the City of Bridgeport. Plaintiff's pleadings are construed under the liberal standard afforded *pro se* submissions, *see Haines v. Kerner*, 404 U.S. 519, 92 S. Ct. 594, 30 L. Ed. 2d 652 (1972), and her motion is construed as a motion to amend. As the City of Bridgeport is not named as a Defendant, there is no basis to grant Plaintiff's motion as it pertains to the City. Defendants Wilder and Tisdale are already named as such and amendment to add them is unnecessary. To the extent Plaintiff wishes to specify her claim against Wilder and Tisdale in their individual capacities, her motion is granted.[1]

Accordingly, Plaintiff's motion to amend [Doc. No. 25] is **granted in part**.

SO ORDERED.

Dated at New Haven, Connecticut, March 10, 2004

Peter C. Dorsey
United States District Judge

---

[1] Plaintiff states that she intends to "sue Ms. Wilder and Ms. Tisdale for discrimination individually and not the city, if the City of Bridgeport won't pay."