UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Apr 27  9 53 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

HAZEL TOWER

v.                           Case No: 3:03CV588 (PCD)

STARLET WILDER, et al.

## APPOINTMENT OF PRO BONO COUNSEL

Pursuant to Local Rule 83.10, **Kristi Dawn Aalberg**, Esquire of Carmody and Torrence, 50 Leavenworth Street, P.O. Box 1110, Waterbury, Connecticut 06721-1110, Tel: (203) 575-2622 is appointed as *pro bono* counsel for the plaintiff, Hazel Tower, in the above-captioned case. Counsel is directed to contact the above-named plaintiff as soon as possible and file an appearance in this case.

The Clerk is directed to send a copy of this order and a docket sheet to *pro bono* counsel. If counsel needs copies of any documents from the court file, counsel should contact Lori Inferrera in the New Haven Clerk's Office at (203) 773-2140.

Dated at Bridgeport, Connecticut this 26th day of April, 2004.

Peter C. Dorsey
United States District Judge