UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| HAZEL TOWER<br>Plaintiff, | CIVIL ACTION NO:<br>3:03CV00588 (PCD) |
| V. | |
| STARLET WILDER, ET AL<br>Defendants | May 3, 2004 |

## APPEARANCE

Please enter the appearance of Kristi D. Aalberg on behalf of the Plaintiff in the above-entitled action.

THE PLAINTIFF,

BY: *Kristi D. Aalberg*
KRISTI D. AALBERG
FOR: Carmody & Torrance LLP
50 Leavenworth Street, P.O. Box 1110
Waterbury, CT 06721-1110
(203) 573-1200
Federal Bar No. (ct 23970)

{W1299758}

CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law          Post Office Box 1110
                          Waterbury, CT 06721-1110
                          Telephone: 203 573-1200

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

John Richard Mitola
City of Bridgeport
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604-4328

*Kristi D. Aalberg*
Kristi D. Aalberg

{W1299758}

CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law          Post Office Box 1110
                          Waterbury, CT 06721-1110
                          Telephone: 203 573-1200