UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HAZEL TOWER<br>Plaintiff, | : | CIVIL ACTION NO:<br>3:03CV00588 (PCD) |
| V. | : | |
| STARLET WILDER, ET AL<br>Defendants | : | November 1, 2004 |

It is hereby stipulated that the above-entitled action may be dismissed with prejudice, each party to bear his own costs.

Dated:        November 1, 2004

CARMODY & TORRANCE LLP
Attorney for Plaintiff

By: *Kristi D. Aalberg*
Kristi D. Aalberg
50 Leavenworth Street, P.O. Box 1110
Waterbury, CT 06721-1110
(203) 573-1200 – phone
(203) 575-2600 - fax
Federal Bar No. (ct 23970)

OFFICE OF THE CITY ATTORNEY
Attorney for Defendants
By: _____
John R. Mitola
999 Broad Street, 2nd Floor
Bridgeport, CT 06604-4328
(203) 576-7647 – phone
(203) 576-8252 – fax
Federal Bar No. (ct        )