# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| HAZEL TOWER<br>    Plaintiff, | CIVIL ACTION NO:<br>3:03CV00588 (PCD) |
| V. | |
| STARLET WILDER, ET AL<br>    Defendants | November 5, 2004 |

## MOTION TO DISMISS IN ACCORDANCE WITH STIPULATION

Pursuant to Rule 41(a) of the Rules of this Court, the plaintiff hereby moves to dismiss this case, with prejudice and without costs, in accordance with the written stipulation of the parties submitted herewith.

PLAINTIFF,
HAZEL TOWER

BY: *Kristi D. Aalberg*
KRISTI D. AALBERG
FOR: Carmody & Torrance LLP
50 Leavenworth Street, P.O. Box 1110
Waterbury, CT 06721-1110
(203) 573-1200 – phone
(203) 575-2600 - fax
Federal Bar No. (ct 23970)

Her Attorney

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

John R. Mitola, Esq.
City of Bridgeport
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT 06604-4328

*Kristi D. Aalberg*
Kristi D. Aalberg